McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:03-cr-0371-MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) RE: DEFENDANTS' RULE 29(c) MOTION |
| v. | ) FOR ACQUITTAL AND RULE 33 MOTION |
| | ) FOR NEW TRIAL |
| SHONDOR JANELL ARCENEAUX, and | ) |
| KENNETH RODGERS, et al., | ) |
| | ) |
| Defendants. | ) DATE: April 11, 2006 |
| | ) TIME: 8:30 a.m. |
| | ) CTRM: Hon. Morrison C. England, Jr. |
| | ) |

The United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, submits this response to defendants Shondor Janell Arceneaux's and Kenneth Rodgers' Motion for Judgment of Acquittal pursuant to Rule 29(c) and, alternatively, Rule 33 Motion for a New Trial, hereby stipulate to reschedule the aforementioned motions from April 4, 2006, to April 11, 2006, at 8:30 a.m.

The government needs additional time to research to prepare its response to the defendants' motions. Accordingly, the parties

///

1

stipulate that the hearing on the motions be rescheduled to April 11, 2006, at 8:30 a.m.

DATED: March 28, 2006

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                  By: /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

DATED: March 28, 2006        By: /s/ Tim Warriner
                                        Tim Warriner, Esq., Attorney for Defendant Shondor Janell Arceneaux

DATED: March 28, 2006        By: /s/ Michael D. Long
                                        Michael D. Long, Esq., Attorney for Defendant Kenneth Deandre Rodgers

DATED: March 28, 2006        By: /s/ Steven Bauer
                                        Steven Bauer, Esq., Attorney for Defendant Michael Dennis Williams

_____

**ORDER**

**IT IS SO ORDERED**,

DATED: April 3, 2006

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE