Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
SHONDOR JANELL ARCENEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:03-cr-0371-MCE |
| ) | |
| Plaintiff, ) | ORDER FOR RELEASE |
| ) | AND RETURN OF PROPERTY |
| v. ) | |
| ) | |
| SHONDOR JANELL ARCENEAUX, ) | |
| et al., ) | |
| Defendants. ) | |
| _____) | |

On April 25, 2006, the court heard argument concerning defendant's motion for return of property. Representing the government was Assistant United States Attorney William S. Wong, and representing the defendant was attorney Timothy E. Warriner.

GOOD CAUSE APPEARING, any law enforcement agency in possession of the following property which was seized from the defendant on September 30, 2003 in Los Angeles County, California, is hereby ordered to release the same to the defendant or the defendant's attorney:

    Wallet
    Shoelaces
    Keys
    (2) earrings
    Belt

\\\

1

The court denies defendant's motion to release and return currency in the amount of $141 and the defendant's bracelet. The cash is to be paid to the crime victims in furtherance of the defendant's obligation to pay restitution. The bracelet is an evidentiary item and will be retained by the government pending further order of the court.

DATED: May 3, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE