IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                          No. CR S-03-0371 MCE EFB

    vs.

SHONDOR JANELL ARCENEAUX,

    Movant.                            <u>ORDER</u>

                                /

       Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Since movant may be entitled to the requested relief, respondent is directed to file an answer, motion or other response within thirty days of the effective date of this order. *See* Rule 4(b), Rules Governing Section 2255 Proceedings. Respondent shall include with an answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's reply, if any, is due on or before thirty days from the date respondent's answer is filed. *Id.*

////

////

////

1

1     The Clerk of the Court shall serve a copy of this order, together with a copy of movant's
2 October 20, 2011 motion on the United States Attorney or his authorized representative.
3     So ordered.
4 Dated: February 21, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE