UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR S-03-0371-MCE-EFB P |
|---|---|
| Respondent, | |
| v. | ORDER |
| SHONDOR JANELL ARCENEAUX, | |
| Movant. | |

A status conference was held in this matter on March 12, 2014, at 10:00 a.m. in the courtroom of the undersigned. David Porter appeared for movant Arceneaux. Barry Morris was also present. William Wong appeared for respondent. At the conclusion of the hearing the court made several orders and announced them to the parties in open court.

Accordingly, IT IS ORDERED that:

1. On June 16, 2014, at 9:30 a.m. in Courtroom No. 8, an evidentiary hearing will be held on movant's claim that his trial counsel rendered ineffective assistance in misinforming him about the maximum penalty he faced on two counts of using a firearm.

2. The parties shall file a brief by June 9, 2014, describing the witnesses who will be called at the evidentiary hearing and the evidence those witnesses intend to present.

DATED: March 12, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE