BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
barrymorris@mac.com

Attorney for Defendant
SHONDOR JANELL ARCENEAUX

FILED

MAR 17 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-CR-371 MCE/EFB |
| Plaintiff, | |
| v. | |
| SHONDOR JANELL ARCENEAUX, | |
| Defendant./ | |

## Request for Travel Authorization and Order

## Declaration

I, BARRY MORRIS, do hereby declare under penalty of perjury that:

1. I am an attorney licensed to practice in all the courts of the State of California, the United States District Court for the Northern, Central, and Eastern Districts of California, the Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I represent the defendant in the above-entitled case;

2. I was called by the Federal Public Defender's Office to represent Mr. Arceneaux at an evidentiary hearing relating to his §2255 motion. I was informed that he was at the Sacramento County Jail and yesterday I drove there in anticipation of today's appearance to confer with Mr. Arceneaux. He wasn't

there. Apparently he had been picked up by the US Marshalls and taken back to Bureau of Prisons facility at Florence, Colorado.

3. It will be necessary for me to meet with Mr. Arceneaux to prepare for the hearing. I plan to do so within the next couple of weeks. I checked on line and it appears that Florence is 110 miles from the Denver airport. It is a two and one hour flight from SFO. Given the vagaries of weather conditions in the Rockies at this time of year, I anticipate flying in on day one and staying overnight at a hotel near the prison, seeing Mr. Arceneaux the next day and, assuming that the weather holds, flying out that evening.

4. I will make the flight reservations through the court-authorized travel agency. I will make the motel and car reservations in accordance with AOC guidelines.

Dated: March 11, 2014

/s/Barry Morris
BARRY MORRIS
Attorney for Defendant

## Order

GOOD CAUSE APPEARING THEREFOR, counsel for defendant SHONDOR JANELL ARCENEAUX is authorized to travel as described above.

Dated: 3-17-14

UNITED STATES MAGISTRATE-JUDGE

2