BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
*barrymorris@mac.com*

Attorney for Defendant
SHONDOR JANELL ARCENEAUX

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-CR-371 MCE/EFB |
| Plaintiff, | |
| v. | |
| SHONDOR JANELL ARCENEAUX, | |
| Defendant./ | |

## Stipulation and Order

IT IS HEREBY STIPULATED between BARRY MORRIS, attorney for defendant, SHONDOR JANELL ARCENEAUX, and WILLAIM WONG, attorney for the United States, that the evidentiary hearing previously scheduled for June 16, 2014 be continued until September 25, 2014.

This stipulation is based upon the attached declaration of BARRY MORRIS.

Dated: May 28, 2014

/s/<u>Barry Morris</u>
BARRY MORRIS
Attorney for Defendant
SHONDOR JANELL ARCENEAUX

1

/s/William Wong
WILLIAM WONG
Attorney for the United States

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the United States District Court for the Northern, Central, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I represent the defendant in the above-entitled action;

2. The evidentiary hearing in this matter concerns defendant's claim that his trial attorney, Timothy Warriner, misadvised him as to the penalties for the crimes alleged in the indictment and based on that advice, defendant refused a plea offer from the government. I have spoken to Mr. Warriner and he indicated to me that he will be unavailable to be a witness on that date because he will be in the middle of a jury trial.

3. I spoke to Mr. Wong about picking a new date and he indicated that he will be in trial in late June through the middle of July and then will be out of the country for the following four weeks. Counsel will also be out of the country from the last week in July until the third week in August. I have also spoke with the courtroom clerk and he indicated that September 25, 26 were the first available dates.

Dated: May 28, 2014

_____/s/_____
BARRY MORRIS
Attorney for Defendant
SHONDOR JANELL ARCENEAUX

2

**Order**

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the evidentiary hearing in the above-entitled case be continued until September 25, 2014 at **9:30** a.m. in Courtroom No. 8.

Dated: May 29, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE