BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-371 MCE/EFB |
|---|---|
| Plaintiff, | STIPULATION CONTINUING EVIDENTIARY HEARING; EXTENSION TO FILE OPPOSITION AND REPLY; and ORDER |
| v. | |
| SHONDOR JANELL ARCENEAUX, | DATE: September 25, 2014 TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. EDMUND F. BRENNAN |

**STIPULATION AND ORDER**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for the evidentiary hearing on September 25, 2014.

2. By this stipulation, the government, through its counsel of record, William S. Wong, Assistant United States Attorney, requests to continue the evidentiary hearing until December 17, 2014, at 9:30 AM. The parties anticipate that the hearing should not last longer than one court day.

3. The parties agree and stipulate, and request that the Court order the following:

    a) The Government's supplemental opposition to the defendant's Section 2255 petition be filed no later than November 21, 2014;

    b) The defendant's reply, if any, shall be filed by December 5, 2014

    c) The Evidentiary Hearing on the matter shall be held on December 17,

2014, at 9:30 AM.

Counsel for the government needs additional time to locate witnesses, possibly obtain declarations of those witnesses, research the applicable legal authority raised by the issues in the defendant's Section 2255 petition, and prepare for the evidentiary hearing. Additionally, counsel for the government is currently preparing for a three-week jury trial in the matter of *United States v. McGowan, et al*, CRS 12 – 207 TLN.

IS SO STIPULATED.

Dated:  September 10, 2014            BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ WILLIAM S. WONG
                                      _____
                                      WILLIAM S. WONG
                                      Assistant United States Attorney


Dated:  September 10, 2014            /s/ BARRY MORRIS
                                      BARRY MORRIS
                                      Counsel for Defendant
                                      SHONDOR JANELL ARCENEAUX


**ORDER**

IT IS SO FOUND AND ORDERED this  11th  day of   September  , 2014.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE