BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>    v.<br><br>SHONDOR JANELL ARCENEAUX,<br><br>                     Defendant. | CASE NO. 2:03-CR-371 MCE/EFB<br><br>STIPULATION FOR AN EXTENSION TO FILE OPPOSITION AND REPLY; and ORDER<br><br>DATE: December 17, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. EDMUND F. BRENNAN |

**STIPULATION AND ORDER**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is set for the evidentiary hearing on December 17, 2014.

2. By this stipulation, the government, through its counsel of record, William S. Wong, Assistant United States Attorney, requests an extension of time to file a supplemental opposition to December 1, 2014. The parties anticipate that the hearing should not last longer than one court day.

3. The parties agree and stipulate, and request that the Court order the following:

    a) The Government's supplemental opposition to the defendant's Section 2255 petition be filed no later than December 1, 2014;

    b) The defendant's reply, if any, shall be filed by December 10, 2014

          c) The Evidentiary Hearing on the matter shall remain as set on December 17, 2014, at 9:30 AM.

Counsel for the government needs additional time to obtain court hearing transcript(s), research the applicable legal authority raised by the issues in the defendant's Section 2255 petition, and prepare for the evidentiary hearing.

          IS SO STIPULATED.

Dated:  November 21, 2014

BENJAMIN B. WAGNER  
United States Attorney

/s/ WILLIAM S. WONG  
WILLIAM S. WONG  
Assistant United States Attorney

Dated:  November 21, 2014

/s/ BARRY MORRIS  
BARRY MORRIS  
Counsel for Defendant  
SHONDOR JANELL ARCENEAUX

**ORDER**

IT IS SO FOUND AND ORDERED this  24th day of  November  , 2014.

THE HONORABLE EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR AN EXTENSION TO FILE OPPOSITION AND REPLY, AND ORDER