BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
barrymorris@mac.com

Attorney for Defendant
SHONDOR JANELL ARCENEAUX

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03 CR 371 MCE/EFB |
| Plaintiff. | Date: December 17, 2014<br>Time: 9:30 a.m.<br>Courtroom: 8 |
| v. | |
| SHONDOR JANELL ARCENEAUX, | |
| Defendant./ | |

**[Proposed] Order For Writ Of Habeas Corpus Ad Testificandum**

Defendant, SHONDOR JANELL ARCENEAUX, the movant in proceedings in the aforementioned case on December 17, 2014, is confined in the United States Prison at FTC Oklahoma City, 7410 S. Macarthur Blvd, Oklahoma City, OK 73169, in the custody of the United States Bureau of Prisons. In order to secure defendant's attendance, it necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce in SHONDOR JANELL ARCENEAUX United States District Court for the Eastern District of California, Sacramento, California on December 17, 2014, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Testificandum issue, under the seal of this court, commanding the Warden to produce SHONDOR JANELL ARCENEAUX to

testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return SHONDOR JANELL ARCENEAUX to the above institution;

  2. The custodian is ordered to notify the court of any change in custody of SHONDOR JANELL ARCENEAUX and is ordered to provide the new custodian with a copy of this writ; and

  3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk United States Prison, FTC Oklahoma City, 7410 S. Macarthur Blvd, Oklahoma City, OK 73169.

Dated: December 1, 2014

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

4

BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100

fax: (925) 934-1122
*barrymorris@mac.com*

Attorney for Defendant
SHONDOR JANELL ARCENEAUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03 CR 371 MCE/EFB |
| Plaintiff. | Date: December 17, 2014<br>Time: 9:30 a.m.<br>Courtroom: 8 |
| v. | |
| SHONDOR JANELL ARCENEAUX, | |
| Defendant./ | |

**Writ of Habeas Corpus Ad Testificandum**

To:   PAUL A. KASTNER, Warden, United States Prison, FTC Oklahoma City, 7410 S. Macarthur Blvd, Oklahoma City, OK 73169.

   WE COMMAND you to produce SHONDOR JANELL ARCENEAUX, 26676-112, to testify before the United States District Court, Eastern District of California, on December 17, 2014, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return him to the above institution.

   FURTHER, you are ordered to notify the court of any change in his custody and are ordered to provide any new custodian with a copy of this writ.

Dated:   December 1, 2014

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

5