UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>SHONDOR JANELL ARCENEAUX,<br><br>Respondent. | No.  2:03-cr-0371-MCE-EFB P<br><br><br><br>ORDER |

Movant, Mr. Arceneaux, is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  An evidentiary hearing is scheduled in this matter on March 2, 2015, on Arceneaux's claim that his trial counsel rendered ineffective assistance by misinforming him about the maximum penalty he faced on two counts of using a firearm, thereby inducing Arceneaux to reject a plea offer by the government.

On February 13, 2015, the government filed a "Motion for an Order Finding a Waiver of the Attorney-Client Privilege with Prior Counsel," and a proposed order thereon (ECF Nos. 978, 979).  After a review of the government's motion, and good cause appearing, the court will order Arceneaux to file a response by noon on Friday, February 20, 2015.

/////

/////

/////

1

Accordingly, it is hereby ORDERED that:

1. Movant Arceneaux shall file a response to the government's February 13, 2015 motion by noon on February 20, 2015, along with a brief describing the witnesses he intends to call at the evidentiary on March 2, 2015, and the evidence he intends to present.

2. Respondent may file a reply to Arceneaux's response by the close of business on February 23, 2015.

3. A hearing on the government's motion will be set by the court if it determines that a hearing is necessary. If no hearing is deemed necessary, the motion will stand submitted to the court for decision on the filed briefs.

DATED: February 18, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE