UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-cr-0371-MCE-EFB P |
| Respondent, | |
| v. | ORDER |
| SHONDOR JANELL ARCENEAUX, | |
| Movant. | |

    Movant, Arceneaux, is a federal prisoner proceeding with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Counsel was appointed for him for the limited purpose of representing him at an evidentiary hearing on his claim that his trial counsel rendered ineffective assistance by misinforming him about the possible penalty he faced on two counts of using a firearm. ECF No. 946. On May 9, 2016, Arceneaux submitted a motion to amend his § 2255 motion. ECF No. 1017. Arceneaux's motion provides no information on whether his counsel joins in the request or is even willing to accept the expanded appointment. Because Arceneaux is currently represented, his motion to amend is not properly before the court.

    Accordingly, IT IS ORDERED that the Clerk of Court terminate docket entry number 1017. This order is without prejudice to any properly submitted request that might later be submitted through Arceneaux's counsel.

DATED: May 19, 2016.

                                               EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE