BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
barrymorris@mac.com

Attorney for Defendant
SHONDOR JANELL ARCENEAUX

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-CR-371 MCE/EFB |
| Plaintiff, | |
| v. | |
| SHONDOR JANELL ARCENEAUX, | |
| Defendant./ | |

**Motion and Proposed Order Expanding Appointment to Include Issues Raised by *Johnson v. United States,* 135 S.Ct. 2551 (2015)**

On February 12, 2014, this Court ordered the appointment of counsel for defendant SHONDOR JANELL ARCENEAUX "for purposes of representing Arceneaux for the evidentiary hearing contemplated by this order." (DKT. 946, p. 9) On March 12, 2004, this Court approved the substitution of BARRY MORRIS as counsel to represent defendant SHONDOR JANELL ARCENEAUX. (DKT. 950).

On May 9, 2016, defendant filed a proposed amendment to his previously filed §2255 motion based upon *Johnson v. United States,* 135 S.Ct. 2551 (2015). On May 19, 2016, this Court rejected the proposed amendment, without prejudice, because defendant was represented by counsel. (Dkt. 1020)

Counsel hereby requests expansion of the order appointing counsel to include representation of defendant in the §2255 motion with regard to any issues raised by the Supreme Court's decision in *Johnson, supra.*

Dated: May 19, 2016

                                        *Barry Morris*
                                        BARRY MORRIS
                                        Attorney for Defendant
                                        SHONDOR JANELL ARCENEAUX

## ~~Proposed~~ Order

GOOD CAUSE APPEARING THEREFOR, the previously issued order appointing BARRY MORRIS to represent SHONDOR JANELL ARCENEAUX is expanded to include any issue raised by *Johnson v. United States,* 135 S.Ct. 2551 (2015).

Dated:  May 23, 2016

_____
UNITED STATES MAGISTRATE-JUDGE

2