1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SHONDOR JANELL ARCENEAUX,              No.  2:03-cr-371-MCE-EFB P

12              Movant,

13       v.                                ORDER

14  UNITED STATES OF AMERICA,

15              Respondent.

16

17          Movant proceeds through counsel with a motion to vacate, set aside, or correct his

18  sentence pursuant to 28 U.S.C. § 2255.  ECF No. 852.  The government opposed the motion and

19  the court held an evidentiary hearing on one of movant's claims.  ECF Nos. 908, 987.  After the

20  evidentiary hearing was concluded, movant filed another motion to vacate, set aside, or correct

21  his sentence pursuant to 28 U.S.C. § 2255, in which he adds an additional claim based on the

22  recent United States Supreme Court decision *Johnson v. United States*, ___ U.S. ___, 135 S.Ct.

23  2551 (2015).  ECF No. 1028.  Movant requests that this court "incorporate by reference" into his

24  second § 2255 motion the claims contained in his original § 2255 motion.  The court will construe

25  this filing as a motion to amend the pending § 2255 motion.  *See Woods v. Carey*, 525 F.3d 886,

26  889 (9th Cir. 2008) ("[W]hen a § 2255 motion is filed before adjudication of an initial § 2255

27  motion is complete, the district court should construe the second § 2255 motion as a motion to

28  amend the pending § 2255 motion.") (quotation marks and citation omitted).

1

1   Local Rule 220 provides that "every pleading to which an amendment or supplement is

2   permitted as a matter of right or has been allowed by court order shall be retyped and filed so that

3   it is complete in itself without reference to the prior or superseded pleading."  E.D. Cal. L.R. 220

4   (Changed Pleadings).  No pleading shall be deemed amended or supplemented until this Rule has

5   been complied with, and all changed pleadings shall contain copies of all exhibits referred to in

6   the changed pleading.  *Id.*  Movant will be directed to conform his recently filed § 2255 motion to

7   the requirements of Local Rule 220.

8   Accordingly, IT IS HEREBY ORDERED that movant's "First Amended Motion Pursuant

9   to 28 U.S.C. § 2255" (ECF No. 1028) is construed as a motion to amend his pending § 2255

10  motion.  So construed, movant has 14 days to refile the motion so that it includes all of the § 2255

11  claims he intends to raise in this action.  Respondent shall file a response to the motion to amend

12  within 45 days from the date of this order or from the date that movant files a further motion to

13  amend as herein ordered.

14  DATED:  July 25, 2016.

15  _____
    EDMUND F. BRENNAN
16  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2