PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWAYNE LAMONT SLATER, BILLY RAY GIBSON, MICHAEL DENNIS WILLIAMS, SHONDOR JANELL ARCENEAUX, DELESHIA MONET GILBERT, AND BRENT DELVALEN BLAKE,<br><br>Defendants. | CASE NO. 2:03-CR-00371-MCE-EFB<br><br>STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER FOR EXTENSION OF TIME TO FILE THE GOVERNMENT'S SURREPLY<br><br>DATE: January 20, 2017<br>TIME:<br>COURT: Hon. Edmund F. Brennan |

Respondent, United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, requests and extension of time to January 25, 2017 in which to file its surreply. The surreply is currently due January 20, 2017.

Counsel for the Government is requesting an additional 5 days to conduct further research in order to file a proper surreply. Defense counsel does not oppose the Government's request.

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER

1

IT IS SO STIPULATED.

Dated:  January 20, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ WILLIAM S. WONG
WILLIAM S. WONG
Assistant United States Attorney

Dated:  January 20, 2017

/s/ JOHN BALAZS
JOHN BALAZS
Counsel for Defendant
DWAYNE LAMONT SLATER

Dated:  January 20, 2017

/s/ BARRY MORRIS
BARRY MORRIS
Counsel for Defendant
SHONDOR JANELL ARCENEAUX

Dated:  January 20, 2017

/s/ ANN C. M<sup>c</sup>CLINTOCK
ANN C. M<sup>c</sup>CLINTOCK
Counsel for Defendant
BRENT DELVALEN BLAKE

Dated:  January 20, 2017

/s/ ANN C. M<sup>c</sup>CLINTOCK
ANN C. M<sup>c</sup>CLINTOCK
Counsel for Defendant
LOVE FITZGERALD MILLER
aka BILLY RAY GIBSON

Dated:  January 20, 2017

/s/ ANN C. M<sup>c</sup>CLINTOCK
ANN C. M<sup>c</sup>CLINTOCK
Counsel for Defendant
MICHAEL DENNIS WILLIAMS

Dated:  January 20, 2017

/s/ CAROLYN M. WIGGIN
CAROLYN M. WIGGIN
Counsel for Defendant
DELESHIA MONET GILBERT

**[~~PROPOSED~~] ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's request for an extension of time to January 25, 2017 in which to file its Surreply is Granted.

DATED: January 23, 2017.

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER      3