BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (208) 320-0383
Facsimile: (415) 520-2310
Email: mccomas.b.c@gmail.com

Attorney for Defendant
SHONDOR JANELL ARCENEAUX

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Respondent,<br><br>vs.<br><br>SHONDOR JANELL ARCENEAUX,<br><br>Defendant - Petitioner. | Case No.   2:03-CR-00371-MCE-EFB<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S FORTHCOMING AMENDED MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE** |

**STIPULATION**

**BACKGROUND**

1. Defendant Arceneaux filed a *pro per* motion for reduction in sentence and compassionate release on May 4, 2020. Docket No. 1160. Counsel was appointed for defendant on June 1, 2020. Docket No. 1163. Counsel intends to file an amended motion for reduction by July 6, 2020. The parties desire to stipulate to a briefing schedule for the amended motion. Counsel for respondent does not oppose this request.

2. Arceneaux will file the amended motion by July 6, 2020.  Counsel for respondent will file an opposition by July 20, 2020.  Arceneaux will file a reply by July 27, 2020.

**IT IS SO STIPULATED:**

DATED: June 23, 2020                    McGREGOR W. SCOTT
                                        United States Attorney
                                        */s/ Jason Hitt*
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED: June 23, 2020                    */s/ B.C. McComas*
                                        BRIAN C. McCOMAS

                                        ATTORNEY FOR DEFENDANT
                                        SHONDOR ARCENEAUX

**ORDER**

IT IS SO ORDERED.

Dated:  June 26, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE