UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Respondent,<br><br>vs.<br><br>SHONDOR J. ARCENEAUX,<br><br>    Defendant-Petitioner | Case No.: 2:03-CR-00371-MCE-EFB<br><br>**ORDER TO SEAL DOCUMENTS** |

    Upon application of the defendant SHONDOR ARCENEAUX, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal.

    IT IS HEREBY ORDERED that defendant's Exhibit J in support of defendant's motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

DATED: August 24, 2022    /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE