PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00371-JAM-EFB |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| SHONDOR ARCENEAUX, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on August 24, 2022. Docket No. 1236.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before September 28, 2022;

b)     The defendant's reply to the government's response to be filed on or before October 12, 2022.

IT IS SO STIPULATED.

Dated: September 13, 2022                              PHILLIP A. TALBERT
                                                                          United States Attorney

                                                                          /s/ JASON HITT
                                                                          JASON HITT
                                                                          Assistant United States Attorney

Dated: September 13, 2022                              /s/ BRIAN C. McCOMAS
                                                                          BRIAN C. McCOMAS
                                                                          Counsel for Defendant
                                                                          SHONDOR ARCENEAUX

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)     The government's response to the defendant's motion, Docket No. 1236, is due on or before September 28, 2022;

b)     The defendant's reply to the government's response, if any, is due on October 12, 2022.

IT IS SO FOUND AND ORDERED this 13th day of September, 2022.

                                                                          /s/ John A. Mendez
                                                                          THE HONORABLE JOHN A. MENDEZ
                                                                          UNITED STATES DISTRICT COURT JUDGE