BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Defendant
SHONDOR JANELL ARCENEAUX

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Respondent, <br><br> vs. <br><br> SHONDOR JANELL ARCENEAUX, <br><br> Defendant - Petitioner. | Case No.   2:03-cr-00371-JAM-EFB-6 <br><br> **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S FORTHCOMING AMENDED MOTION** |

## STIPULATION

## <u>BACKGROUND</u>

1.  Defendant Arceneaux filed a *pro per* emergency motion re medical issues on November 20, 2023. Docket No. 1283. Counsel was previously appointed for defendant on June 1, 2020. Docket No. 1163. Counsel intends to file an amended motion for compassionate relief within 90 days after exhausting other means of relief.

2.  The parties desire to stipulate to a briefing schedule for the amended motion. Counsel for respondent does not oppose this request.

3.   Arceneaux will file the amended motion by **March 4, 2024**. Counsel for respondent will file an opposition by **April 4, 2024**. Arceneaux will file a reply by **April 24, 2024**.

**IT IS SO STIPULATED:**

DATED: December 4, 2023           McGREGOR W. SCOTT
                                  United States Attorney
                                  */s/ Jason Hitt*
                                  JASON HITT
                                  Assistant U.S. Attorney

DATED: December 4, 2023           */s/ B.C. McComas*
                                  BRIAN C. McCOMAS

                                  ATTORNEY FOR DEFENDANT
                                  SHONDOR ARCENEAUX

**O R D E R**

**IT IS SO ORDERED**.

Dated:  December 06, 2023           /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE