BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Defendant
SHONDOR JANELL ARCENEAUX

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Respondent,<br><br>　　vs.<br><br>SHONDOR JANELL ARCENEAUX,<br><br>　　　　Defendant - Petitioner. | Case No.   2:03-cr-00371-JAM-EFB-6<br><br>**AMENDED STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S FORTHCOMING AMENDED MOTION (ECF 1298)** |

## STIPULATION

## **BACKGROUND**

1.　Defendant Arceneaux filed a *pro per* emergency motion re medical issues on November 20, 2023. Docket No. 1283. Counsel was previously appointed for defendant on June 1, 2020. Docket No. 1163. Counsel intended to file an amended motion for compassionate relief by March 4, 2024.

2.　Mr. Arceneaux was recently hospitalized. The records are material to his motion, but not yet been delivered to his counsel. Accordingly, the parties are seeking to amend the previous briefing schedule.

3. The parties desire to stipulate to a briefing schedule for the amended motion. Counsel for respondent does not oppose this request.

4. Arceneaux will file the amended motion by **March 26, 2024.** Counsel for respondent will file an opposition by **April 26, 2024.** Arceneaux will file a reply by **May 14, 2024**.

**IT IS SO STIPULATED:**

DATED: February 26, 2024

McGREGOR W. SCOTT
United States Attorney
*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney

DATED: February 26, 2024

*/s/ B.C. McComas*
BRIAN C. McCOMAS

ATTORNEY FOR DEFENDANT
SHONDOR ARCENEAUX

**O R D E R**

IT IS SO ORDERED.

Dated: February 28, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE