# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Respondent,<br><br>　　vs.<br><br>SHONDOR JANELL ARCENEAUX,<br><br>　　　　Defendant - Petitioner. | Case No.   2:03-cr-00371-JAM-EFB-6<br><br>**ORDER TO SEAL DOCUMENTS** |

　　　Upon application of the defendant SHONDOR J. ARCENEAUX, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal.

　　　IT IS HEREBY ORDERED that defendant's Exhibit D in support of defendant's motion to reduce sentence shall be **SEALED** until ordered unsealed by the Court.

　　　IT IS SO ORDERED.

Dated: March 28, 2024　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE